UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES B. HANSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 16-cv-428-JPG
Criminal No. 09-cr-40003-JPG-06

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner James B. Hanson's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner James B. Hanson, and that this case is dismissed with prejudice.

**DATED: January 2, 2018**    JUSTINE FLANAGAN, Acting Clerk of Court

    **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**